MOCK *v.* SAVANNAH AND STATESBORO RAILWAY COMPANY.

FISH, P. J.   If the verdict was not demanded by the law and the evidence, the Supreme Court will not disturb the first grant of a new trial, though it was put upon a single ground ; nor will it determine whether the trial court was right in granting the motion on the special ground.

*Judgment affirmed.   All the Justices concur, except Evans, J., disqualified.*

Argued February 10, — Decided March 7, 1905.

Action for damages.   Before Judge Evans.   Bulloch superior court.   February 15, 1904.

*A. M. Deal* and *R. Lee Moore,* for plaintiff.
*Groover & Johnston,* for defendant.